MARTHA M. HALL
California Bar No. 138012
DIIORIO & HALL, APC
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 544-1451
Facsimile: (619) 544-1473

Attorneys for Defendant **Soria**

FILED

2007 JAN 24 PM 3: 35

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**NANCY SORIA,**<br>　　　　Defendant. | U.S.D.C. No. 05CR0199-BEN<br><br>**DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER DIRECTING THE U.S. MARSHALS AND THE WESTERN REGIONAL DETENTION FACILITY TO RELEASE ANY AND ALL MEDICALS RECORDS TO COUNSEL** |

**DECLARATION OF MARTHA M. HALL**

I, Martha M. Hall, do hereby declare and say:

1. I am the attorney of record for defendant Nancy Soria, in <u>United States of America v. Nancy Soria</u>, 05CR0199-BEN.

2. If called as a witness I could, and would, competently testify as follows:

3. I was appointed to represent Ms. Soria on or about January 28, 2006.

4. Ms. Soria was charged in the instant indictment with conspiracy to distribute methamphetamine and distribution of methamphetamine in quantities triggering a ten to life sentence under Title 21 U.S.C. § 841(a)(1). The instant indictment charges eleven defendants with a total of thirty counts of narcotics and gun violations of federal law.

5. Since my appointment date, on January 28, 2005, at all hearings before the this

2

court, Ms. Soria and the other in-custody-defendants have been shackled and handcuffed.

6. After the last two court appearances, on September 12, 2006 and October 24, 2006, Ms. Soria sustained injuries to her wrists due to the length of time that she was handcuffed and due to the fact the handcuffs were placed on her so tightly. After the September 12, 2006 hearing, I notified Deputy Cathy Carson of the U.S. Marshals of the injuries and asked that she both investigate the situation (to determine if Ms. Soria was mistreated) and to prevent it happening again. Unfortunately, after the second court hearing on October 24, 2006, Ms. Soria sustained similar injuries due to the handcuffs.

7. After the October hearing, I attempted to obtain a copy of Ms. Soria's medical files to confirm the nature and extent of the injuries. I called the medical office at the Western Regional Detention Facility (WRDF, aka GEO) located on C Street in San Diego. No one returned my telephone calls. Finally, Ms. Soria gave me the name of the U.S. Marshal liaison to the WRDF, Deputy Frank Sanchez. I then called Sanchez. He informed me that he had copies of Ms. Soria's medical file. I asked him to please give me a copy. He informed me that he would check with his superiors and call me back. After a week, when I had heard nothing from anyone regarding this issue, I again contacted Deputy Frank Sanchez. Then, Sanchez informed me that the U.S. Marshals require a court order prior to releasing these medical documents.

8. All my attempts to deal with this situation without the intervention of the court have failed. The marshals have gathered the information but have must receive a court order before releasing this medical information. In order to determine whether any action is warranted, I need to examine the medical files which purportedly include photographs showing the nature and extent of the injuries sustained by Ms. Soria.

//
//
//
//

3

9. Therefore, I request an order from this Court directing the U.S. Marshals and the personnel at WRDF to release to me any and all medical files pertaining to Ms. Soria.

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 9, 2007 at San Diego, California.

_____
MARTHA M. HALL
Declarant